IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 6:21-381 |
| | ) | |
| vs. | ) | |
| | ) | |
| JEFFREY GOSSETT | ) | |

**ESSENTIAL ELEMENTS AND PENALTIES**

**Count 1**
**(Wire Fraud)**

For the crime of wire fraud in violation of 18 U.S.C. § 1343, the United States must prove the following essential elements beyond a reasonable doubt:

1. The defendant knowingly devised or knowingly participated in a scheme or artifice to defraud and to obtain money or property by means of materially false or fraudulent pretenses, representations, or promises as detailed in the Information;

2. The defendant did so with the intent to defraud; and

3. In advancing, or furthering, or carrying out this scheme to defraud and to obtain money or property by means of false or fraudulent pretenses, representations, or promises, the defendant transmitted any writing, signal, or sound by means of a wire, radio, or television communication in interstate commerce or caused the transmission of any writing, signal, or sound of some kind by means of a wire, radio, or television communication in interstate commerce.

The maximum penalty for this offense is:

1. Fine of $250,000.00, and/or

2. Imprisonment for twenty (20) years, and

3. Supervised Release of three (3) years, and

4. Special Assessment of $100.00.

**Count 2**
**(Money Laundering)**

For the crime of money laundering in violation of 18 U.S.C. § 1957 the United States must prove the following elements beyond a reasonable doubt:

1. the defendant knowingly engaged in a monetary transaction;
2. the monetary transaction involved criminally derived property;
3. the criminally derived property had a value greater than $10,000;
4. the criminally derived property was derived from a specified unlawful activity; and
5. the monetary transaction took place within the United States.

The maximum penalty for this offense is:

1. Fine of $250,000.00, and/or
2. Imprisonment for ten (10) years, and
3. Supervised Release of three (3) years; and
4. Special Assessment of $100.00.