IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Greenville DIVISION

**UNITED STATES OF AMERICA**

**VS** **CR NO.** 6:21-381

Jeffrey Gossett

The defendant, having withdrawn his or her plea of Not Guilty, pleads **GUILTY** to Count(s) 1,2 of the Indictment/Superseding Indictment/Information.

(Signed) Defendant

Anderson, South Carolina