IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 6:21-cr-00381-TMC |
| | ) | |
| vs. | ) | |
| | ) | |
| JEFFREY GOSSETT | ) | |

**MOTION FOR PRELIMINARY ORDER OF FORFEITURE AS TO JEFFREY GOSSETT**

Pursuant to Fed. R. Crim. P. 32.2(b), the United States of America, by and through its undersigned Assistant United States Attorney, Carrie Fisher Sherard, moves this Court for the entry of a Preliminary Order of Forfeiture as to Jeffrey Gossett, ("Gossett", "Defendant"), based on the Defendant's conviction of wire fraud, in violation of Title 18, United States Code, Section 1343 and money laundering, in violation of Title 18, United States Code, Section 1957.

The Government further requests that such order be entered by this Court sufficiently in advance of sentencing to permit time for the Government and the Defendant to suggest revisions or modifications. Fed. R. Crim. P. 32.2(b)(2)(B) ("Unless doing so is impractical, the court must enter the preliminary order sufficiently in advance of sentencing to allow the parties to suggest revisions or modifications before the order becomes final as to the defendant under Rule 32.2(b)(4).")

[SIGNATURE PAGE TO FOLLOW]

Respectfully submitted,

COREY F. ELLIS
UNITED STATES ATTORNEY

By: *s/Carrie Fisher Sherard*
Carrie Fisher Sherard #10134
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
(864) 282-2100

July 11, 2022