✎Prob 12A
(Rev. 01/2020 - D/SC)

# United States District Court
**for**
**District of South Carolina**

## Report on Offender Under Supervision

**Name of Offender:** Jeffrey Gossett **Case Number:** 6:21CR00381-001

**Name of Sentencing Judicial Officer:** The Honorable Timothy M. Cain, United States District Judge

**Date of Original Sentence:** July 14, 2022

**Original Offense:** **Count 1:** Wire Fraud - 18 U.S.C. § 1343

**Count 2:** Money Laundering - 18 U.S.C. § 1957

**Original Sentence:** The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of time served. This term consists of time served as to counts 1 and 2, all such terms to run concurrently. Upon release from imprisonment, the defendant shall be on supervised release for a term of two (2) years. This term consists of 2 years as to counts 1 and 2, all such terms to run concurrently. The following special conditions were imposed: 1) The defendant must submit to substance abuse testing to determine if you have used a prohibited substance. The defendant must contribute to the cost of such program not to exceed the amount determined reasonable by the court approved "U.S. Probation Office's Sliding Scale for Services," and the defendant will cooperate in securing any applicable third-party payment, such as insurance or Medicaid; 2) The defendant shall be placed on home detention for a period of 6 months with GPS technology monitoring starting today. The defendant shall be allowed to attend the following: work, school, religious activities, medical appointments for himself or dependents, and children's extra circular activities, and community service; 3) The defendant shall commit 100 hours of community service as approved by the probation officer; 4) The defendant shall pay the $200.00 special assessment fee; and 5) The defendant shall pay restitution in the amount of $1,870,549.00.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** July 14, 2022

**Previous Court Action/Notifications:** None

---

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **New Criminal Conduct:** On August 23, 2022, the defendant was arrested by Greer Police Department and charged with Assault and Battery 3rd Degree. This is a misdemeanor charge, currently pending in municipal court. |

**U.S. Probation Officer Action:** The defendant was verbally reprimanded for his conduct leading to this new charge. Assistant United States Attorney Winston Marosek was informed of this new arrest and will be provided with the incident report, warrant and video footage. It is respectfully recommended that no action be taken at this time. The Court will be notified when there is a disposition. Should Your Honor desire another course of action, please advise.

Respectfully Submitted,

By: ______________________

Timothy D. Hurst
U.S. Probation Officer
Greenville Office
Date: August 29, 2022

Reviewed and Approved By:

______________________
W. Brent Metcalf
Asst. Deputy Chief U.S. Probation Officer

---

[X] Agree with Probation Officer's recommendation

[ ] Submit a Request for Modifying the Condition or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

S/ Timothy M Cain
Timothy M. Cain
United States District Judge

August 30, 2022
Date