Prob 12C
(Rev. 10/20 - D/SC)

# United States District Court

**for**

**District of South Carolina**

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Jeffrey Gossett **Case Number:** 6:21CR00381-001

**Name of Sentencing Judicial Officer:** The Honorable Timothy M. Cain, United States District Judge

**Date of Original Sentence:** July 14, 2022

**Original Offense:** **Count 1:** Wire Fraud - 18 U.S.C. § 1343

**Count 2:** Money Laundering - 18 U.S.C. § 1957

**Original Sentence:** The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of time served. This term consists of time served as to counts 1 and 2, all such terms to run concurrently. Upon release from imprisonment, the defendant shall be on supervised release for a term of two (2) years. This term consists of 2 years as to counts 1 and 2, all such terms to run concurrently. The following special conditions were imposed: 1) The defendant must submit to substance abuse testing to determine if you have used a prohibited substance. The defendant must contribute to the cost of such program not to exceed the amount determined reasonable by the court approved "U.S. Probation Office's Sliding Scale for Services," and the defendant will cooperate in securing any applicable third-party payment, such as insurance or Medicaid; 2) The defendant shall be placed on home detention for a period of 6 months with GPS technology monitoring starting today. The defendant shall be allowed to attend the following: work, school, religious activities, medical appointments for himself or dependents, and children's extra circular activities, and community service; 3) The defendant shall commit 100 hours of community service as approved by the probation officer; 4) The defendant shall pay the $200.00 special assessment fee; and 5) The defendant shall pay restitution in the amount of $1,870,549.00.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** July 14, 2022

**Assistant U.S. Attorney:** Winston I. Marosek **Defense Attorney:** Edward Bart Daniel (Retained)

**Previous Court Action/Notification(s):** **None.**

---

**PETITIONING THE COURT**

☐ To issue a warrant (petition and warrant to remain under seal)

☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **New Criminal Conduct:** On August 23, 2022, the defendant was arrested by Greer Police Department and charged with Assault and Battery 3rd Degree. This is a misdemeanor charge, currently pending in municipal court. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 1, 2022

Timothy D. Hurst
U.S. Probation Officer
Greenville Office

Reviewed and Approved By:

W. Brent Metcalf
Asst. Deputy Chief U.S. Probation Officer

---

**THE COURT ORDERS:**

☐ No action.

☐ The issuance of a warrant.

**The Petition, Order and Warrant shall remain under seal until served by the United States Marshal Service, or further order of the court. The Clerk shall forward a copy of this signed petition and warrant to the United States Marshal Service, the United States Probation Office, and the United States Attorney's Office, which may share such documents with other law enforcement agencies or other entities or persons as may be necessary to facilitate service thereof. The assigned United States Probation Officer shall contact the United States Marshal Service to coordinate the timely arrest of the defendant at the United States Probation Office if appropriate. Upon arrest, the Petition, Order and Warrant may be unsealed by the Clerk.**

X The issuance of a summons.

**BOND CONSIDERATION:**

X Bond to be set at the discretion of the United States Magistrate Judge.

☐ No bond to be set.

☐ Other (specify):

s/ Kevin F. McDonald
Honorable Kevin F. McDonald
U.S. Magistrate Judge

September 2, 2022
Date