**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **CR: 6:21-cr-00381** |
| | ) | |
| **JEFFREY GOSSETT** | ) | **DEFENDANT'S MOTION TO WITHDRAW ECF NO. 45** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

The Defendant, Jeffrey Gossett, by and through his undersigned counsel, E. Bart Daniel, hereby respectfully moves this Court to withdraw Defendant's Notice of Filing Supplemental Exhibit to Motion for Variance from the Sentencing Guidelines [ECF No. 45] in the above-referenced action.

Respectfully submitted,

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: *s/E. Bart Daniel*

E. Bart Daniel
Federal Bar No. 403
E-Mail: bart.daniel@nelsonmullins.com
151 Meeting Street / Sixth Floor
Post Office Box 1806 (29402-1806)
Charleston, SC 29401-2239
(843) 853-5200

*Counsel for Defendant Jeffrey Gossett*

Charleston, South Carolina

October 4, 2023